REGENCY OAKS CORPORATION, Respondent, v NORMAN-SPENCER McKERNAN, INC., Appellant.

Submitted October 10, 2015; decided October 15, 2015

On the Court's own motion, appeal dismissed upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.

In the Matter of TOWN BOARD OF TOWN OF BRIGHTON, on Behalf of TOWN OF BRIGHTON, et al., Respondents, v WEST BRIGHTON FIRE DEPARTMENT, INC., Appellant.

Submitted August 3, 2015; decided October 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.